**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **JANSSEN ORTHO LLC,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**UNITED STATES,**<br><br>　　　　　　Defendant. | **Court No. 13-00296** |

## ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above entitled action, previously assigned to the Honorable Delissa A. Ridgway, is hereby reassigned to the Honorable Jennifer Choe-Groves.

Dated at New York, New York, this 18th day of January, 2019

　　　　　　　　　　　　　　　　　　　/s/ Timothy C. Stanceu
　　　　　　　　　　　　　　　　　　　Timothy C. Stanceu
　　　　　　　　　　　　　　　　　　　Chief Judge