## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **JANSSEN ORTHO LLC**<br><br>    **Plaintiff,**<br><br>v.<br><br>**UNITED STATES**<br><br>    **Defendant.** | **Before: Jennifer Choe-Groves, Judge**<br><br>**Court No. 13-00296** |

### ORDER

Before the court are Plaintiff's Motion to Amend the Complaint, ECF No. 31, and Plaintiff's Motion to Extend Time, ECF No. 114.  Upon consideration of these motions, and all other papers and proceedings in this action, it is hereby

**ORDERED** that Plaintiff's Motion to Extend Time is granted; and it is further

**ORDERED** that Plaintiff's Cross-Motion for Summary Judgment, ECF No. 116, is deemed filed; and it is further

**ORDERED** that Plaintiff's Motion to Amend the Complaint is granted; and it is further

**ORDERED** that Plaintiff shall file its amended complaint no later than March 8, 2019; and it is further

**ORDERED** that Defendant shall file its answer no later than April 8, 2019; and it is further

**ORDERED** that a status conference shall take place on March 11, 2019 at 2 p.m.

                                                            /s/ Jennifer Choe-Groves
                                                               Jennifer Choe-Groves

Dated: <u>March 5, 2019</u>
       New York, New York