ERRATA

<u>Janssen Ortho LLC v. United States</u>, Court No. 13-00296, Slip Op. 20-14, dated February 6, 2020.

Page 10: On lines 7–8, replace <Both Parties agree that HTSUS subheading 2935.00.06 is an *eo nomine* provision. Def.'s Schedule D-2; Pl.'s Pretrial Mem. at 4.> with <Both Parties agree that HTSUS subheading 2935.00.60 is an *eo nomine* provision. Def.'s Schedule D-2; Pl.'s Pretrial Mem. at 4.>

Page 10: On lines 9–11, replace <Because the tariff term identifies subject merchandise by name, the court concludes that HTSUS subheading 2935.00.06 is an *eo nomine* provision.> with <Because the tariff term identifies subject merchandise by name, the court concludes that HTSUS subheading 2935.00.60 is an *eo nomine* provision.>

February 19, 2020