Slip Op. 20-35

# UNITED STATES COURT OF INTERNATIONAL TRADE

```
-------------------------------------------------------x
                                                       :
JANSSEN ORTHO LLC,                                     :
                                                       :
                              Plaintiff,               :   Before: Jennifer Choe-Groves, Judge
                                                       :
              v.                                       :   Court No. 13-00296
                                                       :
UNITED STATES,                                         :
                                                       :
                              Defendant.               :
                                                       :
-------------------------------------------------------x
```

### ORDER AND AMENDED JUDGMENT

Upon consideration of Plaintiff's Consent Motion to Amend the Judgment, ECF No. 277, and for the reasons set forth in the court's February 6, 2020 Opinion and Judgment, ECF Nos. 274 and 275, it is hereby

**ORDERED** that the Judgment, ECF No. 275, is amended as follows:

This case having been duly submitted for decision, and the court having rendered a decision after due deliberation, and Plaintiff Janssen Ortho LLC's Fourth Claim for Relief having been dismissed voluntarily, ECF No. 201, it is hereby ORDERED, ADJUDGED, and DECREED

That, consistent with the court's Opinion, ECF No. 274, Plaintiff Janssen Ortho LLC's Second Claim for Relief is GRANTED, and its Third Claim for Relief is DENIED, ECF No. 129. As to the Second Claim for Relief, Plaintiff Janssen Ortho LLC's subject merchandise in this action is classified under Harmonized Tariff Schedule of the United States ("HTSUS") subheading 2935.00.60 and is eligible for duty-free treatment under the Pharmaceutical Appendix, and, upon consent of the parties, the entries at issue shall be

reliquidated under the aforesaid HTSUS subheading and any refunds or duties owed by reason of this judgment shall be paid with interest as provided by law; and

Upon consent of the parties, Plaintiff Janssen Ortho LLC's First and Fifth Claims for Relief, ECF No. 129, are DISMISSED as moot.

Judgment will be entered accordingly.

/s/ Jennifer Choe-Groves
Jennifer Choe-Groves, Judge

Dated: March 12, 2020
New York, New York