UNITED STATES COURT OF INTERNATIONAL TRADE

```
-------------------------------------------------------x
                                                       :
JANSSEN ORTHO LLC,                                     :
                                                       :
                                                       :
                                                       :
                Plaintiff,         :    Before: Jennifer Choe-Groves, Judge
                                                       :
        v.                         :    Court Nos. 13-00296; 13-00052;
                                   :                14-00094; 14-00198
UNITED STATES,                                         :
                                                       :
                Defendant.         :
                                                       :
-------------------------------------------------------x
```

## ORDER

Upon consideration of Plaintiff's Consent Motions for Extension of Time and Status Report in 13-00052; 13-00296; 14-00094; and 14-00198; and all other papers and proceedings herein; it is hereby

**ORDERED** that Plaintiff's Consent Motions in 13-00052; 13-00296; 14-00094; and 14-00198 are granted; and it is further

**ORDERED** that, should the Parties be unable to resolve Case Numbers 13-00052; 13-00296; 14-00094; and 14-00198, no later than June 2, 2022, Plaintiff shall file a complaint in Case No. 13-00052 no later than June 2, 2022; and it is further

**ORDERED** that the Parties shall provide a Status Report on their efforts to resolve these matters and whether they agree to attempt mediation no later than June 2, 2022.

_____

JENNIFER CHOE-GROVES, JUDGE

Dated: New York, New York
      This ___ day of March, 2022