UNITED STATES COURT OF INTERNATIONAL TRADE

```
------------------------------------------------------------x
                                                            :
JANSSEN ORTHO LLC,                                          :
                                                            :
                                                            :
                       Plaintiff,                           :    Before: Jennifer Choe-Groves, Judge
                                                            :
              v.                                            :    Court Nos. 13-00296; 13-00052;
                                                            :                14-00094; 14-00198
UNITED STATES,                                              :
                                                            :
                       Defendant.                           :
                                                            :
------------------------------------------------------------x
```

## PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME AND STATUS REPORT

Janssen Ortho, LLC ("Janssen"), with the consent of Defendant the United States ("Customs"), respectfully moves the Court for a 46 day extension of time, until October 17, 2022, so that the Parties can continue discussing the resolution of Case Numbers 13-00052, 13-00296, 14-00094 and 14-00198.

In its June 6, 2022 Order, the Court ordered that, should the Parties be unable to resolve Case Numbers 13-00052, 13-00296, 14-00094, and 14-00198, Janssen shall file its complaint in Case Numbers 13-00052 no later than September 1, 2022. The Court also ordered the parties to provide a status report no later than September 1, 2022 on their efforts to resolve the above-noted matters and whether the parties agree to attempt mediation.

The June 6, 2022 Order granting an additional 90 day extension of time to resolve the above-referenced matters followed a March 4, 2022 Order of the Court. That March 4 Order had granted a 90 day extension of time to the Parties to provide a status report no later than June 2,

2022 on their efforts to resolve the above-noted matters and whether they agree to attempt mediation.

The March 4, 2022 Order granting an additional 90 day extension of time to resolve the above-referenced matters followed a February 4, 2022 Order of the Court.  That February 4 Order had granted a 30 day extension of time to the Parties to provide a status report no later than March 4, 2022 on their efforts to resolve the above-noted matters and whether they agree to attempt mediation.

Since the June 2, 2022 status report and June 6, 2022 Order, the Parties have made substantial progress to resolve the above-referenced cases and are continuing to negotiate in good faith towards a comprehensive resolution of all outstanding claims, including accounting for the matters described in the June 2, 2022 status report, so that the cases can be dismissed. The Parties are endeavoring to reach a comprehensive resolution by October 17, 2022.

On August 31, 2022, Mr. Guy Eddon, counsel for the United States, informed the undersigned that, on behalf of the Government, he consents to the relief requested in this motion.

Respectfully submitted,

 /s/ Lars-Erik Arthur Hjelm
Lars-Erik Arthur Hjelm
Akin, Gump, Strauss, Hauer & Feld, LLP
2001 K Street, NW.
Washington, DC 20006
Phone: (202) 887-4175
Fax:    (202) 887-4288
Email: lhjelm@akingump.com
*Attorney for Plaintiff Janssen Ortho LLC*